IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:12-CV-115-MEF |
| | ) |
| TALLAPOOSA COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 2, 2011, the Magistrate Judge filed a Recommendation (Doc. # 8) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED;

2. Plaintiff's Motion for Default Judgment (Doc. # 7) is DENIED; and,

3. Plaintiff's claims are DISMISSED without prejudice.

An appropriate final judgment will be entered.

DONE this the 21st day of March, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE